Thomas B Bacon P.A., 5150 Cottage Farm Rd, Johns Creek, GA 30022

# AFFIDAVIT OF SERVICE

File No.: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Index Number: **20-cv-6219**
Date Filed: **04/07/2020**

*Deborah Laufer*

Plaintiff(s)/Petitioner(s)

vs

*Living The Dream Wellness Retreats LLC*

Defendant(s)/Respondent(s)

State of New York, County of Steuben, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **04/20/2020**, at the following time: **2:17 PM**, at **c/o Vinehurst Inn and Suites 7988 NY 54, Hammondsport, NY 14840** deponent served the within Summons in a Civil Action; Complaint (Injunctive Relief and Damages Demanded)

[X] Papers so served were properly endorsed with the Index Number and date of filing.   [ ] Served at principal dwelling place.

Upon: **Living The Dream Wellness Retreats LLC**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — See affidavit of mailing

[X] **Corporation LLC / LLP** — By delivering to and leaving with **Ion Tinta, Owner** said individual to be **Authorized Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) ____ at ____   3) ____ at ____   5) ____ at ____
2) ____ at ____   4) ____ at ____   6) ____ at ____

**Description of Recipient**: Sex: **Male**   Color of skin: **Light br**   Color of hair: **Gray**   Age: **62**   Height: **5 ft 9 in**   Weight: **185**   Other Features: ____

[ ] **Witness Fees** — advanced payment was made:

[ ] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on 4/22/20

_____
NOTARY PUBLIC
**Rita Hoover**
Notary Public # 01HO6069614
Steuben County   State of New York
Commission Expires Mar 11, 2022

_____
**Andrew Falco**
PROCESS SERVER LICENSE # _____
Work Order # **1510057**

Esquire Process Service, LLC, PO Box 337, Lackawanna, NY 14218

120066